IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PLASTIPAK PACKAGING, INC.,

    Plaintiff,

  v.

                                                    Case No.  20-cv-98-wmc

PREMIUM WATERS, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Premium Waters, Inc. against plaintiff Plastipak Packaging, Inc. dismissing this case.

    s/ K. Frederickson, Deputy Clerk                August 20, 2021
    Peter Oppeneer, Clerk of Court                       Date